BARTLETT v. INGLES MARKETS, INC.

No. 95P89.

Case below: 92 N.C. App. 598.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

BATTEN v. N.C. DEPT. OF CORRECTION

No. 76PA89.

Case below: 92 N.C. App. 595.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989.

BOTTOMLEY v. BOTTOMLEY

No. 536P88.

Case below: 91 N.C. App. 586.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

BUMGARNER v. TOMBLIN

No. 94P89.

Case below: 92 N.C. App. 571.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

BURNS v. BURNS

No. 66P89.

Case below: 92 N.C. App. 114.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1989.